# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ROCSHEY D. CARMEL

NO. 2025 KW 1182

**MARCH 9, 2026**

---

In Re:    Rocshey D. Carmel, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, Nos. 3577-F-2023, 2849-F-2025.

---

**BEFORE:    MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT DENIED.** This application appears to be a motion to remove appointed counsel filed with this court in the first instance. Relator has not demonstrated that he sought relief in the district court before filing in this court nor shown any extraordinary circumstances that would justify bypassing the district court.

**SMM**
**BDE**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT